NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GREGORY D. MYERS,                    )
                                     )
            Appellant,               )
                                     )
v.                                   )        Case No. 2D17-5164
                                     )
STATE OF FLORIDA,                    )
                                     )
            Appellee.                )
_____)

Opinion filed May 23, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Polk County; J. Kevin Abdoney,
Judge.

PER CURIAM.

        Affirmed.  See Myers v. State, 224 So. 3d 223 (Fla. 2d DCA 2017) (table

decision); Harris v. State, 777 So. 2d 994 (Fla. 2d DCA 2000).

BLACK, SALARIO, and ROTHSTEIN-YOUAKIM, JJ., Concur.